NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROGER W. WHITACRE,**

*Petitioner*

**v.**

**DEPARTMENT OF THE NAVY,**

*Respondent*

---

2022-2176

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-22-0199-I-1.

---

## O R D E R

The petitioner having failed to file the required Statement Concerning Discrimination, and to file the required Entry of Appearance form by an attorney admitted to the bar of this court within the time permitted by the rules, it is

2                                                    WHITACRE V. NAVY

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

FOR THE COURT

October 5, 2022
        Date                    /s/ Peter R. Marksteiner
                                Peter R. Marksteiner
                                Clerk of Court

**ISSUED AS A MANDATE:** October 5, 2022